**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CIVIL ACTION NO. 21-CV-1009** |
| **JOHN J. BUCKSHAW** | : | |
| ::::::::::::::::::::::::::::::::::::::::::::::::::::: | : | |
| **JOHN J. BUCKSHAW,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **CIVIL ACTION NO. 21-CV-1010** |
| | : | |
| **COMMONWEALTH OF VIRGINIA,** | : | |
|     **Defendant.** | : | |
| ::::::::::::::::::::::::::::::::::::::::::::::::::::: | : | |
| **JOHN J. BUCKSHAW,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **CIVIL ACTION NO. 21-CV-1011** |
| | : | |
| **COMMONWEALTH OF VIRGINIA,** | : | |
|     **Defendant.** | : | |
| ::::::::::::::::::::::::::::::::::::::::::::::::::::: | : | |
| **JOHN J. BUCKSHAW,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **CIVIL ACTION NO. 21-CV-1012** |
| | : | |
| **COMMONWEALTH OF VIRGINIA,** | : | |
|     **Defendant.** | : | |
| ::::::::::::::::::::::::::::::::::::::::::::::::::::: | : | |
| **JOHN J. BUCKSHAW,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **CIVIL ACTION NO. 21-CV-1013** |
| | : | |
| **COMMONWEALTH OF VIRGINIA,** | : | |
|     **Defendant.** | : | |
| ::::::::::::::::::::::::::::::::::::::::::::::::::::: | : | |

JOHN J. BUCKSHAW,               :
    Plaintiff,               :
                       :
    v.                  :       **CIVIL ACTION NO. 21-CV-1014**
                       :
**COMMONWEALTH OF VIRGINIA,**  :
    Defendant.          :

:::::::::::::::::::::::::::::::::::::::::::::::::::::

**JOHN J. BUCKSHAW,**         :
    Plaintiff,               :
                       :
    v.                  :       **CIVIL ACTION NO. 21-CV-1015**
                       :
**SECURITY PUBLIC STORAGE,** *et al.*,  :
    Defendants.         :

:::::::::::::::::::::::::::::::::::::::::::::::::::::

**JOHN J. BUCKSHAW,**         :
    Plaintiff,               :
                       :
    v.                  :       **CIVIL ACTION NO. 21-CV-1016**
                       :
**COMMONWEALTH OF VIRGINIA,**  :
    Defendant.          :

:::::::::::::::::::::::::::::::::::::::::::::::::::::

**JOHN J. BUCKSHAW,**         :
    Plaintiff,               :
                       :
    v.                  :       **CIVIL ACTION NO. 21-CV-1017**
                       :
**COMMONWEALTH OF VIRGINIA,**  :
    Defendant.          :

:::::::::::::::::::::::::::::::::::::::::::::::::::::

**IN RE:**                       :
                       :       **CIVIL ACTION NO. 21-CV-1018**
        **JOHN J. BUCKSHAW**   :

:::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

AND NOW, this 7th day of April, 2021, in light of *pro se* Plaintiff John J. Buckshaw's failure to either pay the fees to commence these civil actions or file a motion to proceed *in forma pauperis* as directed by this Court's Orders entered on March 5, 2021 (*see e.g.,* Civ. A. No. 21-1009, ECF No. 3),[1] which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that these cases would be dismissed without prejudice for failure to prosecute; and, in consideration of the same Orders directing Buckshaw to show cause why the Court should not enjoin him from filing any further papers in this Court (1) that are captioned with the names of other courts, (2) that are not hand signed in compliance with Federal Rule of Civil Procedure 11, and (3) for case-initiating documents, for which he has failed to pay the required fees or moved to proceed *in forma pauperis*, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1.      The above captioned cases are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2.      The Clerk of Court is **DIRECTED** to mark these cases **CLOSED**.

3.      John J. Buckshaw is **ENJOINED** from filing any further papers in this Court (1) that are captioned with the names of other courts, (2) that are not hand signed in compliance with Federal Rule of Civil Procedure 11, and (3) for case-initiating documents, for which he has failed to pay the required fees or moved to proceed *in forma pauperis*.

4.      If Buckshaw submits any paper to the Clerk of Court that falls within the description contained in Paragraph 3 of this Order, the Clerk of Court is **DIRECTED** not to

---

[1] The prior Orders were entered in each of these cases.  Due to measures taken in connection with the COVID-19 pandemic, Buckshaw was served with the Orders in these cases by email at the email address he provided to the Court.  Nothing on the docket suggests that he did not receive notice of the Order and, as Buckshaw has filed responses to the show cause portion of those Orders, the Court concludes he received actual notice.

docket such paper.  In other words, the Clerk of Court shall only docket papers submitted by

Buckshaw that bear this Court's caption and that are hand-signed in accordance with Federal

Rule of Civil Procedure 11, and, for case-initiating documents, that are also accompanied by

payment of the fees or a motion to proceed *in forma pauperis*.  The Clerk of Court is

**FURTHER DIRECTED** to return any paper covered by this injunction[2] to Buckshaw with a

copy of this Order.

**BY THE COURT:**

/s/Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**

---

[2] The Clerk need not return papers individually should Buckshaw, as he has done in the past, submit numerous papers at the approximately the same time.  Rather, to conserve judicial resources, the Clerk may return groups of papers in a single return along with a copy of this Order.